**Hearing Date:  _November 18__, 2015**
                                                 **Hearing Time: 10:00AM**

```
_____X
                                    )
In re:                              )           Chapter 13
        ELENA DROZNIK               )
             DEBTOR                 )           Case No: 15-22167-rdd
                                    )
------------------------------------X
        ELENA DROZNIK               )
             DEBTOR /MOVANT         )           NOTICE OF HEARING,
        v                           )           MOTION AND PROPOSED
                                    )           ORDER
        NATIONSTAR MORTGAGE LLC     )
             CREDITOR/ RESPONDENT   )
_____X
```

      **PLEASE TAKE NOTICE** that upon the attached Motion ("Motion") of Ms. Elena Droznik, the above-named debtor ("Debtor"), by and through her undersigned counsel, Linda M. Tirelli, Esq. of Garvey, Tirelli & Cushner Ltd., 50 Main Street, Suite 390, White Plains, New York 10606, will move before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York at the United States Courthouse, located at 300 Quarropas Street, White Plains, NY 10601 on the **18th$^{th}$ day of November, 2015 at 10:00AM**, or as soon thereafter as counsel may be heard, pursuant to Federal Rules of Bankruptcy Procedure 3002.1 *et al* for the entry of order to determine that value of the security and lien as claimed by wells Fargo Bank, NA.

      **PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be made and received by counsel for the Debtor with a copy to Chambers on or before **SEVEN DAYS** prior to the return date of the motion.

**Dated:** October 12, 2015
       White Plains, New York

                                                            /s/Linda M. Tirelli
                                                            Linda M. Tirelli, Esq.
                                                             Garvey Tirelli & Cushner Ltd.
                                                              50 Main Street, Suite 390
                                                              White Plains, New York 10606
                                                              Tel: (914) 946-2200